# United States Court of Appeals for the Fifth Circuit

No. 22-30306
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 25, 2022

Lyle W. Cayce
Clerk

Elizabeth Hardy,

*Plaintiff - Appellant*,

*versus*

Denis McDonough, Secretary
U.S. Dept of Veterans Affairs,

*Defendant - Appellee*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:20-CV-132

Before Jones, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:*

This court has reviewed the parties' briefs, record excerpts and pertinent portions of the record. Having done so, we find no reversible error of law or fact. AFFIRMED.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.